IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DONALD BROGDON, | ) |
| Petitioner, | ) ) ) |
| v. | ) CV 114-080 |
| JASON MEDLIN, Warden, and SAM OLENS, The Attorney General of the State of Georgia, | ) ) ) ) |
| Respondents. | ) |

**ORDER**

The above-captioned petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, challenges a judgment of conviction that was entered in Lowndes County Superior Court, which is located in the Middle District of Georgia. It is the practice of this Court to transfer an action attacking a conviction to the district in which the original criminal proceedings were conducted. See 28 U.S.C. § 2241(d); see also Bell v. Watkins, 692 F.2d 999, 1013 (5th Cir. 1982) (approving transfer of § 2254 petition from district of incarceration to district where petitioner was convicted). Therefore, it is **ORDERED** that the captioned action is **TRANSFERRED** to the United States District Court for the Middle District of Georgia for further consideration. The Clerk of Court is **DIRECTED** to immediately forward the file to that District.

SO ORDERED this 27th day of March, 2014, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA